Copies Mailed/Faxed 9/30/21
Chambers of Vincent L. Briccetti

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA,

v.

DESHAWN FERRELL,
                            Defendant.
--------------------------------------------------------------x

**ORDER**

02 CR 859-2 (VB)

      On September 29, 2021, the Court received a motion for early termination of supervised release pursuant to 18 U.S.C. § 3583(e)(1), submitted by defendant Deshawn Ferrell proceeding pro se. Because defendant attached his medical records to the motion, the Court will docket the motion papers under seal.

      Defendant separately submitted additional copies of his motion addressed to the attention of the "Prosecutors," which the Court has forwarded to the United States Attorney's Office.

      The Court will consult with defendant's Probation Officer to determine the position of the Probation Department with respect to the motion.

      At this time, the government is directed not to submit any response to the motion. If the Court requires a response it will so advise the government in due course.

      A copy of this Order will be mailed to defendant Farrell at the following address:

Deshawn Ferrell
78 Liberty Street
Newburgh, NY 12550

      The Clerk is directed to update the docket to reflect defendant's mailing address.

Dated: September 30, 2021
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge