UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA              :
                                      :    **ORDER**
v.                                    :
                                      :    02 CR 859-2 (VB)
DESHAWN FERRELL,                      :
                    Defendant.        :
--------------------------------------------------------------x



    Having (i) reviewed defendant Ferrell's motion for early termination of supervised release dated August 28, 2021 (which was received by the Court on September 29, 2021, and docketed under seal because defendant attached his medical records to the motion); (ii) consulted with Mr. Ferrell's probation officer, who recommends that the motion be granted because defendant has fully complied with his release conditions since commencing his term of supervised release on January 2, 2020, and otherwise demonstrated that he will live a productive and law-abiding life without the need for court supervision; and (iii) considered the factors set forth in 18 U.S.C. § 3553(a), the Court is satisfied that early termination of supervised release pursuant to 18 U.S.C. § 3583(e) is warranted by Mr. Ferrell's conduct and the interest of justice.

    Accordingly, supervised release is terminated, and defendant Deshawn Ferrell is discharged therefrom, effective immediately.

    Chambers will mail a copy of this Order to defendant at the following address:

Deshawn Ferrell
78 Liberty Street
Newburgh, NY  12550

Dated: October 8, 2021
       White Plains, NY

                                              SO ORDERED:

                                              _____
                                              Vincent L. Briccetti
                                              United States District Judge